**Order entered August 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01285-CV

### ARUBA PETROLEUM, INC., Appellant

### V.

### LISA PARR, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-01650-E**

## ORDER

Because the reporter's record has been filed, we **DENY** appellant's July 29, 2015 motion to abate appeal and remand as well as appellee's requested relief in its August 4, 2015 response to appellant's motion that we (1) order the parties to alternative dispute resolution; (2) order appellant to modify security; (3) submit the appeal without the reporter's record.

/s/     CRAIG STODDART
           JUSTICE